# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phuong Van Pham a/k/a Pham Van Pham<br>Dung Hong Pham<br><br>Debtor(s) | BK NO. 23-00665 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Apr 2023, 13:55:56, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322