UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 23-00665-HWV

Phuong Van Pham and Dung Hong Pham                Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX 76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX 76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

Case 1:23-bk-00665-HWV    Doc 17    Filed 04/19/23    Entered 04/19/23 12:14:35    Desc
Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Bankr. Case No. 23-00665-HWV

Phuong Van Pham and Dung Hong Pham  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 17, 2023 :

| | |
|---|---|
| Kara Katherine Gendron<br>125 State Street<br>Harrisburg, PA 17101 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx86650 / 1071275