UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

CHAPTER 13

Debtor(s)

CASE NO: 1-23-00665-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 15, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on May 11, 2023.

2. A hearing was held and an Order was entered on June 14, 2023 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

      Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant      CASE NO: 1-23-00665-HWV

PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse     Date: September 13, 2023
Bankruptcy Courtroom 8, 4th Floor
1501 North 6th Street     Time: 09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: August 15, 2023     /s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-23-00665-HWV

Movant

vs.

PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 15, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
PHUONG VAN PHAM
146 BROOKSIDE AVENUE
HERSHEY, PA 17033

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 15, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

IN RE: PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

      Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 1-23-00665-HWV

PHUONG VAN PHAM
AKA: PHAM VAN PHAM
DUNG HONG PHAM

      Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.